IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL SHANE O'BERRY, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 7:10-CV-117 (HL) |
| NASHVILLE POLICE DEPT.; BERRIEN COUNTY PRESS; BERRIEN COUNTY DETENTION CTR, | : | |
| Defendants | : | **ORDER** |

On October 13, 2010, plaintiff **MICHAEL SHANE O'BERRY**, a pretrial detainee at the Berrien County Detention Facility, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order also dated October 13, 2010, the Court ordered plaintiff to submit the proper § 1983 forms and either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* along with a certified copy of his trust fund account statement for the last six months. Plaintiff was given until October 29, 2010 to comply with this Order. Plaintiff failed to respond to the October 13, 2010 Order.

Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 17th day of November, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb